IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Colonial Quick Stop, Inc.,   :

    Plaintiff,   :

  v.   :   Case No. 2:03-cv-0852

BP Products North America, Inc.,:   JUDGE SARGUS

    Defendant.   :

## ORDER

For good cause shown, it is hereby ordered that the motion (#40) of Eugene F. McShane to withdraw as trial counsel for plaintiff Colonial Quick Stop, Inc. is granted.  Plaintiff shall cause new counsel to enter an appearance within 30 days.

/s/ Terence P. Kemp
United States Magistrate Judge